Attn: Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 02 2015

Abel Acosta, Clerk

83,739-01  Copy

8.25.15

God bless you today!

Sir, i recieved notice that the original application for writ of mandamus was recieved from me to Court of Criminal Appeals of Texas on 8/14/2015.

I am requesting that the document be filed with the court please. I am also requesting a copy of the filed document that was recieved and presented to the court please.

Thank you sir for your time in this matter.

Respectfully,

Craig Welvon Sawyer #1882550
Michael Unit - TDC
2664 FM 2054
Tennessee Colony, Tx 75886

Craig W. Sawyer

Tr. Ct. No. 114-0252-13

Ps, This request is for my personal records.